**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1911

CHRISTINE RITCHIE,

Plaintiff - Appellant,

v.

LAVI, CEDRONE, GRAVER, BOYD & DISIPIO; ELEANOR RITCHIE; FACEBOOK; LINKEDIN; ANDREW PHAN; KATHRYN WADLAND; JEFFREY BARKIN; YARMOUTH POLICE DEPARTMENT; MAINE MEDICAL CENTER; TAYMIL PARTNERS; MAINE DISTRICT COURT; FREDERICK HOSPITAL; FREDERICK POLICE DEPARTMENT; MEDSTAR ST. MARY'S HOSPITAL; ST. MARY'S COUNTY SHERIFF'S OFFICE; SPRING HARBOR HOSPITAL; MARTHA J. KEEN; MICHAEL SCOTT LARGE; DOES 1-100,

Defendants - Appellees,

and

STEPHEN EDWARD MOORE; WILLIAM A. MURPHY,

Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:23-cv-03115-PX)

Submitted:  February 20, 2025                    Decided:  February 24, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

Christine Ritchie, Appellant Pro Se.  Eric Matthew Rigatuso, ECCLESTON & WOLF, PC, Hanover, Maryland; Eric Alan Shumsky, ORRICK, HERRINGTON & SUTCLIFFE, LLP, Washington, D.C.; Jared S. Dvornicky, Brandon K. Wharton, GALLAGHER EVELIUS & JONES, LLP, Baltimore, Maryland; Caitlin Ann Hill, Kaitlin Dunn Martin, MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, PC, Boston, Massachusetts; Richard Medoff, SEMMES, BOWEN & SEMMES, Baltimore, Maryland; Kelly Hughes Iverson, Jared Mitchell Green, Christina Ruhl Stringer, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore, Maryland; Kevin B. Karpinski, KARPINSKI, CORNBROOKS & KARP, PA, Baltimore, Maryland; Mary Elizabeth Kaslick, KASLICK & PRETE, LLC, Frederick, Maryland; Raymond Robert Mulera, LOCAL GOVERNMENT INSURANCE TRUST, Hanover, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Christine Ritchie appeals the district court's order granting Defendants' motions to dismiss Ritchie's multiple civil claims.  Limiting our review of the record to the issues raised in Ritchie's informal brief, *see* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we find no reversible error.  Accordingly, we affirm the district court's order.  *Ritchie v. Lavi, Cedrone, Graver, Boyd & Disipio*, No. 8:23-cv-03115-PX (D. Md. Aug. 28, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
